UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**ANNIE BELL ROWE**
a/k/a ANNIE BELL THOMPSON                Case No. 10-80780
S.S. No.: xxx-xx-4185
Mailing Address: 8002 ROYAL DR, Sanford, NC 27332-

                                    Debtor.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on April 30, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: May 24, 2010

                            **LAW OFFICES OF JOHN T. ORCUTT, P.C.**

                             /s John T. Orcutt
                            _____
                            John T. Orcutt
                            N.C. State Bar No. 10212
                            Counsel for the Debtor
                            6616-203 Six Forks Rd.
                            Raleigh, N.C. 27615
                            Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 4/1/10
**Lastname-SS#:** Rowe-4185

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | IndyMac | 5 | 1st DOT: 8002 Royal Drive |
| | IndyMac | 4 | 2nd DOT 8002 Royal Drive |
| | ADT | | Security Service |
| | Utilities, Inc. | | |
| | Utilities, Inc. | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | IndyMac | | | ** |
| | IndyMac | | | ** |
| | ADT | | | ** |
| | Utilities, Inc. | | | ** |
| | Utilities, Inc. | | | ** |
| | Highland Woods | 1 | | ** |
| | South Landing | 2 | | ** |
| | Imperial Hawaii | 3 | | ** |
| | Lee Co. Taxes | 6/7 | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Highland Woods | 1 | $38 | N/A | n/a | $38.00 | Homeowners Dues |
| | South Landing | 2 | $32 | N/A | n/a | $32.00 | Property Association Dues |
| | Imperial Hawaii | 3 | $55 | N/A | n/a | $55.00 | Timeshare Maintenance |
| | Lee Co. Taxes | 6/7 | $123 | N/A | n/a | $123.00 | Co. Taxes House & Lots |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,600 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | | Amount** |
|---|---|---|
| DMI= | $372 | $22,320 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$703** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **5.70** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE   (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers".
Please pay out Equity Above exemptions in the amount of $ 17,300.00 toward unsecured priority, including Attorney fees and unsecured claims filed, up to DMI times ACP.

## CERTIFICATE OF SERVICE

I, WILLIAM MCDONALD, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s WILLIAM MCDONALD
WILLIAM MCDONALD

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

AARP Financial
c/o Chase
Post Office Box 15548
Wilmington, DE 19886-5548

ADT
2515 Downy Road
Fayetteville, NC 28312

American Express
Post Office Box 981537
El Paso, TX 79998-1537

American Express
Post Office Box 6618
Omaha, NE 68105-0618

Bank of America
Post Office Box 26078
Greensboro, NC 27420-6078

Bank of America
Post Office Box 15026
Wilmington, DE 19850-5026

Center Heating, Air Conditioning
and Electrical
511 East Main Street
Sanford, NC 27332

Chase
231 East Avenue
Albion, NY 14411

Citi
Card Service Center
Post Office Box 6275
Sioux Falls, SD 57117-6275

Citi
Post Office Box 6286
Sioux Falls, SD 57117-6286

Citi
Card Service Center
Post Office Box 6276
Sioux Falls, SD 57117-6276

Collectcorp
Post Office Box 101928
Dept 4947A
Birmingham, AL 35210

Economy Pest Control
Post Office Box 40206
Fayetteville, NC 28309-0206

Genpact Services, LLC
Post Office Box 1969
Southgate, MI 48195-0969

GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA 50702-5345

Highland Woods Property Owners
8043-A Royal Drive
Carolina Trace
Sanford, NC 27332

Imperial Hawaii Resort
Post Office Box 15247
Honolulu, HI 96830-5247

Indymac Bank
6900 Beatrice Drive
Kalamazoo, MI 49003-4045

Indymac Bank
6900 Beatrice Drive
Kalamazoo, MI 49003

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Lee County Tax Collector
Post Office Box 1968
Sanford, NC 27331-1968

Lowe's
Post Office Box 981400
El Paso, TX 79998-1400

Navy Federal Credit Union
Post Office Box 3502
Merrifield, VA 22119-3502

Navy Federal Credit Union
Post Office Box 3501
Merrifield, VA 22119-3501

Navy Mortgage
Post Office Box 3326
Merrifield, VA 22119-3326

NCO Financial Systems, Inc.
Post Office Box 15760
Department 07
Wilmington, DE 19850-5760

New World Media, LLC
Address Unknown

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611

Retailers National Bank
c/o Target Credit Services
Post Office Box 673
Minneapolis, MN 55440-0673

Sam's
c/o GE Money Bank
Post Office Box 981416
El Paso, TX 79998-1416

Sam's Club
c/o GE Money Bank Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

Sears
Post Office Box 6282
Sioux Falls, SD 57117-6282

Sears
Post Office Box 6283
Sioux Falls, SD 57117-6283

Sears
Post Office Box 6924
The Lakes, NV 88901-6924

South Landing
20806 Falling Stream
Sanford, NC 27332

The Belk Center
Post Office Box 981491
El Paso, TX 79998-1491

United Recovery Systems, Inc.
Post Office Box 722929
Houston, TX 77272-2929

United Recovery Systems, Inc.
Post Office Box 722910
Houston, TX 77272-2910

United Recovery Systems, Inc.
5800 North Course Drive
Houston, TX 77072-1613

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Utilities, Inc.
Post Office Box 240908
Charlotte, NC 28224-0908

Utilities, Inc.
Post Office Box 240908
Charlotte, NC 28224


Wells Fargo Financial
204 Westwood Shopping Center
Fayetteville, NC 28314-1528


Wells Fargo Financial
204 Westwood Shopping Center
Fayetteville, NC 28304